IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK A. BOCKARI,

    Plaintiff,

  vs.                    No. 2:12-cv-3043 GEB CKD PS

CALIFORNIA VICTIM COMPENSATION
& GOVERNMENT CLAIMS BOARD,

    Defendant.             FINDINGS & RECOMMENDATIONS

/

        By order filed December 21, 2012, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff has not responded to the order to show cause.

        In the complaint, plaintiff complains about the actions of a state agency and the manner in which it has calculated payments to plaintiff, who is allegedly the victim of a violent crime. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. Because there is no basis for federal subject matter jurisdiction evident in the complaint, and plaintiff has not responded to the order to show cause, this action should be dismissed for lack of subject matter jurisdiction.

        Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

1

1  These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 28, 2013

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bockari3043.ftc