IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PATRICK BOCKARI,

    Plaintiff,

    vs.                                              No. 2:12-cv-3043 GEB CKD PS

CALIFORNIA VICTIM COMPENSATION
& GOVERNMENT CLAIMS BOARD,                ORDER AND

    Defendant.                                  FINDINGS & RECOMMENDATIONS
_____/

        By order filed December 21, 2012, plaintiff was ordered to show cause why this action should not be dismissed for lack of subject matter jurisdiction. Plaintiff's response was due January 25, 2013. On January 29, 2013, there having been no response docketed, the court issued findings and recommendations recommending that the action be dismissed.[1] On that same day, the Clerk of Court belatedly docketed plaintiff's response to the order to show cause, which had been timely filed by plaintiff on January 25, 2013.[2] The court will therefore vacate the previously filed findings and recommendations.

/////

---

[1] The findings and recommendations were docketed at 10:33 a.m.

[2] The response was docketed at 5:39 p.m.

1

1    In the complaint, plaintiff complains about the actions of a state agency and the
2 manner in which it has calculated payments to plaintiff, who is allegedly the victim of a violent
3 crime. The complaint, however, does not allege a basis for subject matter jurisdiction in this
4 court. In the response to the order to show cause, plaintiff alleges subject matter jurisdiction is
5 proper because the state agency has reduced his benefits based on plaintiff's receipt of social
6 security benefits. A reduction of state benefits based on the receipt of federal benefits does not
7 by itself raise a federal question sufficient to confer subject matter jurisdiction. Because there is
8 no basis for federal subject matter jurisdiction evident in the complaint, and plaintiff has failed to
9 demonstrate a proper basis, this action should be dismissed for lack of subject matter jurisdiction.

10    Accordingly, IT IS HEREBY ORDERED that the findings and recommendations
11 filed January 29, 2013 are vacated; and

12    IT IS HEREBY RECOMMENDED that this action be dismissed without
13 prejudice.

14    These findings and recommendations will be submitted to the United States
15 District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within
16 fourteen days after being served with these findings and recommendations, plaintiff may file
17 written objections with the court. The document should be captioned "Objections to Magistrate
18 Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections
19 within the specified time may waive the right to appeal the District Court's order. Martinez v.
20 Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 30, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bockari3043.nomsj