1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PATRICK BOCKARI,

11              Plaintiff,

12        vs.                                   No. 2:12-cv-3043 GEB CKD PS

13   CALIFORNIA VICTIM COMPENSATION
     & GOVERNMENT CLAIMS BOARD,                 ORDER AND
14
              Defendant.                        FINDINGS & RECOMMENDATIONS
15   _____/

16         By order filed December 21, 2012, plaintiff was ordered to show cause why this

17   action should not be dismissed for lack of subject matter jurisdiction.  Plaintiff's response was

18   due January 25, 2013.  On January 29, 2013, there having been no response docketed, the court

19   issued findings and recommendations recommending that the action be dismissed.[1]  On that same

20   day, the Clerk of Court belatedly docketed plaintiff's response to the order to show cause, which

21   had been timely filed by plaintiff on January 25, 2013.[2]  The court will therefore vacate the

22   previously filed findings and recommendations.

23   /////

24

---

25       [1]  The findings and recommendations were docketed at 10:33 a.m.

26       [2]  The response was docketed at 5:39 p.m.

1

In the complaint, plaintiff complains about the actions of a state agency and the manner in which it has calculated payments to plaintiff, who is allegedly the victim of a violent crime. The complaint, however, does not allege a basis for subject matter jurisdiction in this court. In the response to the order to show cause, plaintiff alleges subject matter jurisdiction is proper because the state agency has reduced his benefits based on plaintiff's receipt of social security benefits. A reduction of state benefits based on the receipt of federal benefits does not by itself raise a federal question sufficient to confer subject matter jurisdiction. Because there is no basis for federal subject matter jurisdiction evident in the complaint, and plaintiff has failed to demonstrate a proper basis, this action should be dismissed for lack of subject matter jurisdiction.

Accordingly, IT IS HEREBY ORDERED that the findings and recommendations filed January 29, 2013 are vacated; and

IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: January 30, 2013

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4
bockari3043.nomsj